DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID ADRIEN,**
Appellant,

v.

**CHANTEL CLEMMONS,**
Appellee.

No. 4D21-2928

[June 22, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. FMCE15-002059.

Odell M. Wahrmann of Wahrmann Law P.A., Coral Springs, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

WARNER, FORST and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***